UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | 3:22-MJ-2002 |
| V. | ) | |
| | ) | |
| MATTHEW JONES | ) | |

## ORDER OF APPOINTMENT

The Court finds after review of the defendant's sworn Financial Affidavit that the above defendant does not have the funds to retain an attorney of the defendant's choice and that the defendant wants to be represented by counsel.

Accordingly, I find that the defendant qualifies for appointment of counsel and it is ORDERED the following counsel will be appointed to represent the defendant.

**Benjamin Gerald Sharp**
Federal Defender Services of Eastern Tennessee, Inc. (Knox)
800 South Gay Street
Suite 2400
Knoxville, TN 37929-9714
865-637-7979
Fax: 865-637-7999
Email: Ben_Sharp@fd.org

ENTER:
s/ Bruce Guyton
United States Magistrate Judge