**Case #:** 3:22-mj-2002  **Date:** January 12, 2002

United States of America  **vs.**  Matthew Jones

**Present before:** Honorable H. Bruce Guyton, Chief United States Magistrate Judge

| Mallory Dahl | ECRO | Corey Miller |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |
| Alan Krik | Benjamin Sharp | |
| **Asst. U.S. Atty** | **Attorney(s) for Defendant(s)** | **Attorney(s) for Defendant(s) Contd.** |

**Proceedings:** Parties present for a Rule 5 initial appearance on a warrant issued out of the District of Utah.

- [✓] Defendant sworn.
- [✓] Defendant requested appointment of counsel and submitted financial affidavit.
- [✓] Court approved financial affidavit and appointed counsel
- [ ] Defendant present with retained counsel.
- [✓] Government requested detention of the defendant:
- [✓] Defendant waived and reserved the right to a Rule 5 hearing in this district.
- [ ] Defendant requested a _____ hearing.
    - [ ] Hearing set.  [ ] Hearing held.
- [ ] Parties agreed to conditions on which the defendant could be released and the defendant is Ordered to appear in originating district on
- [✓] Defendant remanded to the custody and the U.S. Marshal Service is directed to transport the defendant to the originating district for further proceedings.
- [ ] Case under seal as to defendant(s):
    - [ ] Unsealed upon granting of motion by AUSA.  [ ] To remain under seal.

**Dates set at this hearing:**
- [ ] **Detention Hearing:**
- [ ] **Other Hearing:**

**Time:** 2:00 p.m.  **to** 2:15 p.m.

(●) I, Mallory Dahl  Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.

Knox-DCR_ 322mj2002 _ 011222 _