IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:22-MJ-2002-JEM |
| ) | |
| MATTHEW JONES, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

This case is before the undersigned on the matter of Defendant Matthew Jones's continued temporary medical furlough. *See* 28 U.S.C. § 636(b). On January 25, 2022, United States Magistrate Judge H. Bruce Guyton released Defendant Jones on a temporary medical furlough, with conditions, including that Defendant be transferred from the hospital to an inpatient rehabilitation facility and that he remain on "home incarceration" at that facility [Doc. 10 & Doc. 10-1]. The Court's Order of Temporary Release on Conditions for Medical Furlough provides that Defendant Jones shall return to the custody of the United States Marshals Service at his designated jail facility, when ordered to do so by the Court, and that the date and time for the Defendant's return to custody will be set in a separate order.

Counsel for both parties appeared before the undersigned for a status conference on Defendant's medical furlough on February 28, 2022. Assistant United States Attorney Alan Scott Kirk appeared on behalf of the Government. Assistant Federal Defender Nakeisha C. Jackson represented Defendant Jones, who was excused from the hearing. Ms. Jackson informed the Court that Defendant Jones is in intensive inpatient rehabilitation at the Veterans Administration Hospital in Richmond, Virginia. She stated that Defendant still cannot sit up or walk without assistance.

Defendant is receiving occupational and physical therapy three times daily, and the medical staff estimate that Defendant needs an additional fifteen weeks of rehabilitation. According to Ms. Jackson, Defendant has executed a medical release, and she anticipates receiving his medical records in three weeks. AUSA Kirk did not oppose a continuation of Defendant's medical furlough, while defense counsel awaits his medical records and Defendant continues to receive inpatient rehabilitation.

Based on the information provided at the February 28 status conference, Defendant Matthew Jones is **ORDERED** to remain on the current conditions of release [Doc. 10 & Doc. 10-1] and temporary medical furlough. The Court will hold a status conference on the Defendant's medical furlough on **March 28, 2022, at 10:00 a.m.**

**IT IS SO ORDERED.**

ENTER:

*Jill E. McCook*
Jill E. McCook
United States Magistrate Judge