# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 3A

**Case #:** 3:22-mj-2002　　　　　　　　　　　　　　　**Date:** June 1, 2022

United States of America　　vs.　　Matthew Jones

**Present Before:** Honorable Jill E. McCook, United States Magistrate Judge

| **Courtroom Deputy:** | **Court Reporter:** | **Law Clerk:** |
|---|---|---|
| Rachel Stone | DCR | Michelle Gensheimer |

| **Asst. U.S. Atty(s):** | **Probation Officer(s):** | **Atty(s) for Defendant(s):** |
|---|---|---|
| Casey Arrowood | | Benjamin Sharp |

**Others Present:**

Probation Officer Corey Miller
U.S. Marshal Richie Bradley

**Proceedings:**

This matter was scheduled before the court for Zoom Status Conference. The parties advised the Court as to the status of this matter. The Court extended the defendant's medical furlough. Counsel for defendant shall return an executed release to Veterans Affairs by June 6, 2022. Counsel should also provide the medical records to the government, so they can then be provided to the U.S. Marshals Service within a twenty-four hour period, once received. Defendant will return to custody by June 17, 2022, or sooner if practicable. The Court will issue an Order with new conditions of release. Defendant shall sign the Order and submit to the Court by June 6, 2022. The Court set additional Status Conferences on June 7, 2022, at 10:00 a.m., and June 14, 2022, at 2:00 p.m.

☐ Defendant remanded to custody.　☐ Defendant released on Order Setting Conditions of Release.

**Time:** 11:00　　to　12:00

◉ I, Rachel Stone, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.