# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 3A

**Case #:** 3:22-mj-2002　　　　　　　　　　　　　　　　**Date:** June 7, 2022

United States of America　**vs.**　Matthew Jones (not present

**Present Before:** Honorable Jill E. McCook, United States Magistrate Judge

| Courtroom Deputy: | Court Reporter: | Law Clerk: |
|---|---|---|
| Julie Norwood | DCR | Michelle Gensheimer |

| Asst. U.S. Atty(s): | Probation Officer(s): | Atty(s) for Defendant(s): |
|---|---|---|
| Casey Arrowood | Travis Worthington | Benjamin Sharp |

**Others Present:**
Richie Bradley-DUSM

**Proceedings:**

Zoom status conference.  Medical records for the defendant were received by Mr. Sharp on Friday, June 3, 2022 and provided to the USMS and AUSA Casey Arrowood.  The defendant wishes to file a motion for release of the defendant and will file by the end of the day.  The Court will set a briefing schedule if needed.  This matter is continued for another status conference on June 14, 2022 at 2:00 p.m.

☐ Defendant remanded to custody.　☐ Defendant released on Order Setting Conditions of Release.

**Time:** 10:00 a.m.　　to　10:15 a.m.

⊙ I, Julie Norwood, **Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.**

Case 3:22-mj-02002-JEM   Document 25   Filed 06/07/22   Page 1 of 1   PageID #: 48
Knox-DCR_322mj2002　　20220607　　093116