# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 3A

**Case #:** 3:22-mj-2002  **Date:** June 14, 2022

United States of America  **vs.**  Matthew Jones

**Present Before:** Honorable Jill E. McCook, United States Magistrate Judge

| Courtroom Deputy: | Court Reporter: | Law Clerk: |
|---|---|---|
| Mallory Dahl | ECRO | Michelle Gensheimer |

| Asst. U.S. Atty(s): | Probation Officer(s): | Atty(s) for Defendant(s): |
|---|---|---|
| Alan Kirk | Corey Miller | Benjamin Sharp |

**Others Present:**
USM - Richie Bradley

**Proceedings:**
Status conference held. Discussions held. Court set additional status conference in order to be advised by parties of matters discussed at hearing in the District of Utah.

**Dates set at this hearing:**
- ☐ Jury Trial:
- ☐ Pretrial Conf.:
- ☐ Detention Hrng.:
- ☐ Motion Hrng:
- ☐ Status Conf: June 16, 2022 at 11:00 a.m.

**Deadlines set at this hearing:**
- ☐ Discovery DDL:
- ☐ Motion Cut-Off:
- ☐ Response to Mtns:
- ☐ Reciprocal Disc.:
- ☐ Plea DDL:

☐ Defendant remanded to custody.  ☐ Defendant released on Order Setting Conditions of Release.

**Time:** 2:05 p.m. **to** 2:45 p.m.

⦿ I, Mallory Dahl, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.