# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 3A

**Case #:** 3:22-mj-2002  **Date:** June 16, 2022

United States of America **vs.** Matthew Jones

**Present Before:** Honorable Jill E. McCook, United States Magistrate Judge

| **Courtroom Deputy:** | **Court Reporter:** | **Law Clerk:** |
|---|---|---|
| Mallory Dahl | ECRO | Michelle Gensheimer |

| **Asst. U.S. Atty(s):** | **Probation Officer(s):** | **Atty(s) for Defendant(s):** |
|---|---|---|
| Alan Kirk | Corey Miller | Benjamin Sharp |

**Others Present:**

Richie Bradley (USMS)
John Sanchez (USMS)

**Proceedings:**

Parties present for a status conference. Parties advised Court of proceedings in the District of Utah.

**Dates set at this hearing:**
- [ ] Jury Trial:
- [ ] Pretrial Conf.:
- [ ] Detention Hrng.:
- [ ] Motion Hrng:
- [ ] Status Conf:

**Deadlines set at this hearing:**
- [ ] Discovery DDL:
- [ ] Motion Cut-Off:
- [ ] Response to Mtns:
- [ ] Reciprocal Disc.:
- [ ] Plea DDL:

[ ] Defendant remanded to custody.  [ ] Defendant released on Order Setting Conditions of Release.

**Time:** 11:00 A.M. to 11:15 A.M.

(•) I, Mallory Dahl, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.