David L. Wagner
282 North 1120 East
Orem, UT 84097

> Docket as ltr.
> 3:22MJ2002

June 8, 2022
Federal Magistrate Judge McCook
22 W Depot Street Suite 200
Greeneville, TN 37742
RE Case No 3:22MT02002

Dear Judge McCook,

My name is David L. Wagner and I am the father of Julianne Wagner Gerritsen. Juli was killed in an aircraft accident in Tennessee on December 29, 2021. The pilot survived the crash and is the defendant, Matthew Jones, in the above case.

Matt Jones is facing charges in Utah Case: US vs Matthew Jones, Case No. 2:21-cr-00436-DS in Utah Federal Court. Matt violated his pretrial conditions for release, that he not pilot any aircraft and that he not travel outside the state of Utah.

As a direct result of Jones' violation of his pre-trial release conditions, my daughter was killed. I am seeking some measure of justice for my daughter and my young grandson, Spencer. To our knowledge no one that we knew had heard of the captioned case regarding Jones. Jones intentionally mislead all of us which led to this tragic crash. If Jones had not been released, this terrible accident would not have happened, my daughter would be alive and my grandson would still have a loving mother.

I am writing to you regarding the aforementioned case and ask that you expedite the transfer of Jones from the VA Hospital in Virginia, where he currently is and have him brought back to Utah to face the charges here.

I would be glad to visit with you regarding this matter and can be reached at the above address or via telephone at 801-310-9507.

Sincerely

David L. Wagner

Cc:
AUSA Carlos A. Esqueda, U.S. Attorney's Office, 111 South Main Street, Suite 1800 Salt Lake City, UT 84111
Re: US vs Matthew Jones, Case No. 2:21-cr-00436-DS

Wagner
282 N 1120 E
Orem, UT 84097

Fed Mag Judge McCook
22 W Depot Str Suite 200
Greenville, TN 37742

RE CASE # 3:22MJ02002



PROVO UT 846
06 JUN 2022 PM 1 L